NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERNET MACHINES LLC,**
*Plaintiff-Cross Appellant,*

v.

**CYCLONE MICROSYSTEMS, INC., PLX TECHNOLOGY, INC., EXTREME ENGINEERING SOLUTIONS, INC., GE INTELLIGENT PLATFORMS EMBEDDED SYSTEMS, INC. (also known as General Electric Enterprise Solutions, a Division of General Electric Company), NATIONAL INSTRUMENTS CORPORATION,** AND **VADATECH, INC.,**
*Defendants-Appellants.*

---

2013-1516, -1517

---

Appeals from the United States District Court for the Eastern District of Texas in No. 10-CV-0023, Judge Michael H. Schneider.

---

**ON MOTION**

---

2      INTERNET MACHINES LLC v. CYCLONE MICROSYSTEMS, INC.

# O R D E R

Cyclone Microsystems, Inc., et al., move to reform the caption. Internet Machines, LLC opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above. The appellants' opening brief is due within 30 days of the date of this order.

                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                                  Daniel E. O'Toole
                                  Clerk

s25