# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: September 5, 2013

Official Caption[1]

2013-1516, -1517

INTERNET MACHINES LLC,

Plaintiff-Cross Appellant,

v.

CYCLONE MICROSYSTEMS, INC.,
PLX TECHNOLOGY, INC.,
EXTREME ENGINEERING SOLUTIONS, INC.,
GE INTELLIGENT PLATFORMS EMBEDDED SYSTEMS, INC.
(also known as General Electric Enterprise Solutions,
a Division of General Electric Company),
NATIONAL INSTRUMENTS CORPORATION,
and VADATECH, INC.,

Defendants-Appellants.

Appeals from the United States District Court for the Eastern District of Texas in case no. 10-CV-0023, Judge Michael H. Schneider.

Authorized Abbreviated Caption[2]

INTERNET MACHINES LLC V CYCLONE MICROSYSTEMS, INC., 2013-1516, -1517

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.