# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

Case No. 2013-1516, -1517

INTERNET MACHINES LLC,
Plaintiff-Cross Appellant,

v.

CYCLONE MICROSYSTEMS, INC.,
PLX TECHNOLOGY, INC.,
EXTREME ENGINEERING SOLUTIONS, INC.,
GE INTELLIGENT PLATFORMS EMBEDDED SYSTEMS, INC.
(also known as General Electric Enterprise Solutions,
a Division of General Electric Company),
NATIONAL INSTRUMENTS CORPORATION,
and VADATECH, INC.,
Defendants-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS (TYLER)
Case No. 10-CV-0023, Judge Michael H. Schneider.

**DEFENDANTS-APPELLANTS' NOTICE OF INTENT TO FILE A
CORRESPONDING BRIEF**

| | |
|---|---|
| Jay F. Utley | Kevin M. O'Brien |
| BAKER & MCKENZIE LLP | BAKER & MCKENZIE LLP |
| 2300 Trammell Crow Center | 815 Connecticut Avenue, N.W., |
| 2001 Ross Avenue | Suite 900 |
| Dallas, TX  75201 | Washington, DC 20006 |
| Tel.:  (214) 978-7231 | Tel.:   (202) 452-7000 |
| Fax:  (214) 978-3099 | Fax:  (202) 452-7074 |

Counsel for Defendants-Appellants PLX TECHNOLOGY, INC.; CYCLONE MICROSYSTEMS, INC.; EXTREME ENGINEERING SOLUTIONS, INC.;  GE INTELLIGENT PLATFORMS EMBEDDED SYSTEMS, INC.; NATIONAL INSTRUMENTS CORP.; and VADATECH, INC.

September 17, 2013

# DEFENDANTS-APPELLANTS' NOTICE OF INTENT TO FILE A CORRESPONDING BRIEF

Defendants-Appellants Cyclone Microsystems, Inc., PLX Technology, Inc., Extreme Engineering Solutions, Inc., GE Intelligent Platforms Embedded Systems, Inc., National Instruments Corporation, and Vadatech, Inc. (collectively, "Defendants") file this Notice of Intent to File a Corresponding Brief and hereby notify the Court as follows:

Pursuant to Federal Circuit Rule 32(e)(1), Defendants intend to file a corresponding brief in accordance with Federal Circuit Rule 32(e) and has obtained Plaintiff-Cross Appellant Internet Machines LLC's consent to do so.

Date:  September 17, 2013			Respectfully Submitted,

/s/ Jay F. Utley
Jay F. Utley (Lead Counsel)
jay.utley@bakermckenzie.com
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Tel.:  (214) 978-7231
Fax:  (214) 978-3099

Kevin M. O'Brien
kevin.obrien@bakermckenzie.com
BAKER & MCKENZIE LLP
815 Connecticut Avenue, N.W., Suite 900
Washington, DC 20006
Tel.:  (202) 452-7000
Fax:  (202) 452-7074

Counsel for Defendants-Appellants PLX TECHNOLOGY, INC.;
CYCLONE MICROSYSTEMS, INC.;
EXTREME ENGINEERING SOLUTIONS, INC.;  GE INTELLIGENT PLATFORMS EMBEDDED SYSTEMS, INC.;
NATIONAL INSTRUMENTS CORP.; and VADATECH, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th day of September 2013, this Notice of Intent to File a Corresponding Brief was served on Internet Machines, LLC's lead counsel of record, John Edmonds, via e-mail at the following e-mail address: jedmonds@cepiplaw.com.

                                        /s/ Jay F. Utley
                                        Jay F. Utley

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Internet Machines, LLC v. Cyclone Microsystems, Inc.
No. *Case No. 2013-1516, -1517*
**CERTIFICATE OF INTEREST**

Counsel for the cross-appellants Jay. F. Utley certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

   PLX Technology, Inc., Cyclone Microsystems, Inc., Extreme Engineering Solutions, Inc., GE Intelligent Platforms Embedded Systems, Inc. (aka General Electric Enterprise Solutions, a Division of General Electric Company), National Instruments Corporation, and Vadatech, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   Cyclone Microsystems, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of Cyclone Microsystems, Inc.'s stock.

   PLX Technology, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

   Extreme Engineering Solutions, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

   GE Intelligent Platforms Embedded Systems, Inc.'s parent corporation is General Electric Company, and General Electric Company is a publicly held corporation that owns 10% or more of GE Intelligent Platforms Embedded Systems, Inc.'s stock. With the exception of General Electric Company, no other publicly held corporation owns 10% or more of GE Intelligent Platforms Embedded Systems, Inc.'s stock.

National Instruments Corporation has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Vadatech, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Kevin O'Brien, Jay Utley, Brian McCormack, Kimberly Rich, Bart Rankin, Terry Saad and Erin Tanner from Baker & McKenzie LLP.  John Bufe from Potter Minton, PC.


Date:  September 17, 2013            Signature of counsel:  /s/ Jay F. Utley
                                     Printed name of counsel:  Jay F. Utley