**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Sep 17, 2013  by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
   (by email or CM/ECF)

| Jay F. Utley | /s/ Jay F. Utley |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Baker & McKenzie LLP

Address: 2001 Ross Avenue, Suite 2300

City, State, ZIP: Dallas, Texas 75201

Telephone Number: 214-978-3000

FAX Number: 214-978-3099

E-mail Address: jay.utley@bakermckenzie.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.