NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERNET MACHINES LLC,**
*Plaintiff-Cross Appellant,*

v.

**CYCLONE MICROSYSTEMS, INC., PLX TECHNOLOGY, INC., EXTREME ENGINEERING SOLUTIONS, INC., GE INTELLIGENT PLATFORMS EMBEDDED SYSTEMS, INC. (also known as General Electric Enterprise Solutions, a Division of General Electric Company), NATIONAL INSTRUMENTS CORPORATION,** AND **VADATECH, INC.,**
*Defendants-Appellants.*

---

2013-1516, -1517

---

Appeals from the United States District Court for the Eastern District of Texas in No. 10-CV-0023, Judge Michael H. Schneider.

---

**ON PETITION FOR REHEARING EN BANC**

---

Before PROST, *Chief Judge,* NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, and HUGHES *Circuit Judges.*

Per Curiam.

# ORDER

Cross-appellant Internet Machines, LLC filed a petition for rehearing en banc. The petition was first referred as a petition for rehearing to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

It Is Ordered That:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue on December 2, 2014.

For the Court

| | |
|---|---|
|  November 25, 2014  | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |